# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146962(61)

FORD MOTOR COMPANY,
   Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
   Defendant-Appellee.
_____/

   SC: 146962
   COA: 306820
   Court of Claims: 06-000182-MT

   On order of the Chief Justice, the motion of defendant-appellee to extend the time to file its brief on appeal is GRANTED. The brief will be accepted as timely filed if filed on or before January 10, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2014



Clerk